DAVID CARON CHRYSLER MOTORS, LLC, ET AL. *v.* GOODHALL'S, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 122 Conn. App. 149 (AC 30232), is granted, limited to the following issues:

"1. Did the Appellate Court improperly fail to reach the question of whether the trial court erred in finding that there was no lease between David Caron Chrysler Motors, LLC, and Goodhall's, Inc.?

"2. If yes, was the trial court's decision that there was no lease between David Caron Chrysler Motors, LLC, and Goodhall's, Inc., clearly erroneous?"

The Supreme Court docket number is SC 18694.

*Walter A. Twachtman, Jr.*, in support of the petition.

Decided September 29, 2010